

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00396-CR

Juan De Los **SANTOS-SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0415
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief originally was due on November 3, 2022. Appellant has been granted one extension until December 5, 2022. On December 6, 2022, appellant's appointed attorney, Ms. Nancy Knox-Bierman, filed a motion requesting "one last extension of time to file this brief." The request is GRANTED and Ms. Knox-Bierman is ORDERED to file appellant's brief **no later than January 4, 2023**. Further requests for an extension will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court